## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL GILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CVS HEALTH CORP., *et al.*, <br><br> Defendants. | Civil Case No. 18-cv-06494 <br><br> HON. STEVEN C. SEEGER <br><br> HON. DANIEL P. MCLAUGHLIN |

## JOINT SETTLEMENT STATEMENT

Pursuant to the Court's Minute Order issued on September 9, 2024, (Docket Index 346) (the "Order") counsel for Plaintiff-Relator Michael Gill and Plaintiff State of Delaware ("Plaintiffs"), along with counsel for the CVS Defendants ("Defendants") submit this joint statement detailing their positions on resolution of the case.

Pursuant to the Order, the parties have exchanged settlement offers and demands; lead counsel for Plaintiffs and Defendants subsequently met and conferred regarding these offers and demands on October 16, 2024.

**Plaintiffs' Position**

While acknowledging a wide difference between Plaintiffs' demands and Defendants' offer, the Plaintiffs believe that a mediation conference would be helpful in providing the parties a neutral case assessment and in moving the parties toward resolving the claims in the matter.

**Defendants' Position**

Defendants do not believe a mediation will be a productive use of the parties' time and resources at this point, and would only detract from the parties' focus that should be on expert

1

discovery and summary judgment. To say the parties have a "wide difference" in their respective settlement-offer and settlement-demand is a significant understatement.

DATE: October 18, 2024                                             Respectfully submitted,

/s/ Dan Hergott                                                            /s/ Grant A. Geyerman
BEHN AND WYETZNER, CHARTERED                     COTSIRILOS, TIGHE, STREIKER,
Michael I. Behn (ARDC No. 6209610)                     POULOS & CAMPBELL, LTD.
Daniel R. Hergott (ARDC No. 6306157)                  Theodore T. Poulos (Bar No. 6195680)
10 North Dearborn Street, 6th Floor                        Matthew S. Ryan (Bar No. 6278362)
Chicago, Illinois 60602                                              33 North Dearborn Street, Suite 600
                                                                                   Chicago, IL 60602
HOWARD LAW, LLC                                              Telephone: (312) 263-0345
Bruce Howard                                                           Facsimile: (312) 263-4670
10 North Dearborn Street, 6th Floor
Chicago, IL 60602                                                     WILLIAMS & CONNOLLY LLP
                                                                                   Enu Mainigi (pro hac vice)
WALDEN MACHT HARAN &                                   William Ashworth (pro hac vice)
WILLIAMS LLP                                                         Grant A. Geyerman (pro hac vice)
Daniel R. Miller (pro hac vice)                                  James Kirkpatrick (pro hac vice)
Jonathan Z. DeSantis (pro hac vice)                         680 Maine Avenue, S.W.
2000 Market Street Ste. 1430                                    Washington, DC 20024
Philadelphia, PA 19103                                             Telephone: (202) 434-5000
(215) 825-5280                                                           Facsimile: (202) 434-5029

PHILLIPS & COHEN LLP                                         *Counsel for Defendants*
Stephen Hasegawa
100 The Embarcadero, Ste. 300
San Francisco, CA 94105

*Counsel for Plaintiff-Relator*

 /s/ Oliver Cleary

Oliver Cleary (DE Bar No. 5830)
Shelley Kinsella (DE Bar No. 4023)
Deputy Attorneys General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 683-8873 (Mr. Cleary)
(302) 683-8839 (Ms. Kinsella)

*Counsel for Plaintiff-State of Delaware*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's electronic filing system on October 18, 2024.

*/s/ Dan Hergott*

*Counsel for Plaintiff-Relator Michael Gill*